**JS-6**

| | |
|---|---|
| MADOLYN PARFITT,<br><br>         Plaintiff,<br><br>    v.<br><br>CADENCE CAPITAL AND INVESTMENT, LLC; TARGET CORPORATION; and DOES 1,,<br><br>         Defendant. | Case No. 2:22-cv-08470-MRW<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff MADOLYN PARFITT for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 21AVCV00963.

Dated:   04/06/2023

Hon. Michael R. Wilner
United States Magistrate Judge